**E-Filed 6/2/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SHAPIRO,<br><br>         Plaintiff,<br><br>     v.<br><br>CITY OF PALO ALTO; COUNTY OF SANTA CLARA,<br><br>         Defendants. | Case Number C 09-517 JF (HRL)<br><br>**ORDER[1] DISMISSING ACTION WITH PREJUDICE[2]**<br><br>RE: Docket Nos. 16 & 24 |

   Plaintiff Richard Shapiro ("Plaintiff") filed the instant action on December 8, 2008, alleging that Defendants City of Palo Alto and County of Santa Clara ("Defendants") committed various constitutional violations. On March 24, 2009, the City of Palo Alto filed a motion to dismiss the complaint for failure to state a claim upon which relief may be granted. In violation of Civil Local Rule 7-1, Plaintiff failed to file opposition to the motion or a statement of non-

---

   [1] This disposition is not designated for publication in the official reports.

   [2] The Court finds this matter suitable for determination without oral argument pursuant to Civil Local Rule 7-1(b).

opposition. After reviewing the allegations of the complaint and the arguments presented in the motion to dismiss, the Court granted the motion on May 8, 2009. The Court granted Plaintiff twenty days to file an amended complaint, but cautioned that failure to submit any other required filings in a timely fashion would result in dismissal of the action with prejudice. The deadline for Plaintiff to file an amended pleading has passed. Accordingly, the action will be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: 6/2/09

_____
JEREMY FOGEL
United States District Judge

1 | This Order has been served electronically upon the following persons:

2 | Jon Allen Heaberlin     jheaberlin@rllss.com

3

4 | Rima Harbans Singh    rima.singh@cco.sccgov.org, marylou.gonzales@cco.sccgov.org

5 | This order has been served by other means on:

6 | Richard Shapiro
7 | 6419 Tobria Terrace
    #304
    Carlsbad, CA 92011
8

Case No. C 09-517 JF (HRL)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC3)